**FILED**

FEB 2 0 2025

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | SUPERSEDING INDICTMENT |
| | ) | |
| Plaintiff, | ) | JUDGE DONALD C. NUGENT |
| | ) | |
| v. | ) | CASE NO.1:24CR00469 |
| | ) | Title 18, United States Code, |
| ADRIENNE SMITH, | ) | Section 115(a)(1)(B); Title 18 |
| | ) | United States Code, Section |
| Defendant. | ) | 875(c) |

### COUNT 1
(Influencing, Impeding, or Retaliating Against a Federal Official by Threats or Injury, 18 U.S.C. § 115(a)(1)(B))

The Grand Jury charges:

1. On or about December 3, 2024, in the Northern District of Ohio, Eastern Division, Defendant ADRIENNE SMITH did threaten to assault Victim1, Victim2, and Victim3, whose identities are known to the grand jury, Federal employees whose killing would be a crime under 18 U.S.C. § 1114, with the intent to retaliate against Victim1, Victim2, and Victim3 for the performance of official duties, in violation of Title 18, United States Code, Section 115(a)(1)(B).

### COUNT 2
(Interstate Communications with a Threat to Injure, 18 U.S.C. § 875(c))

The Grand Jury charges:

2. On or about December 3, 2024, in the Northern District of Ohio, Eastern Division, Defendant ADRIENNE SMITH knowingly and willfully did transmit in interstate and foreign commerce with the use of her cellular phone, communications to Victim1, Victim2, and Victim3, which contained a threat to injure Victim1, Victim2, and Victim3. To wit, this threat

included SMITH'S statements that "I'm not going to kill you, I'm going to shoot you in the m*****f****** back of your…left a**…" and that "I'm going to meet you at your car, it might not be today, it might not be tomorrow, it might not be Thursday, it might not be Friday, it might be a month from now, it might be two months from now." All in violation of Section 875(c) of Title 18 of the United States Code.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.